IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOANNE WOLFF, *individually and on behalf of a class of similarly situated individuals*,<br><br>Plaintiff,<br><br>v.<br><br>AETNA LIFE INSURANCE COMPANY and THE RAWLINGS COMPANY LLC,<br><br>Defendants. | No. 4:19-CV-01596<br><br>(Judge Brann) |

# ORDER

**AND NOW**, this 2nd day of April 2020, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendants' Motion to Dismiss the Amended Complaint (ECF No. 12) is **GRANTED IN PART** and **DENIED IN PART**.

2. Defendants' motion to dismiss is **DENIED** with respect to Count IV and Count V.

3. Defendants' motion to dismiss is **DENIED** with respect to Count I and Count VI. However, the headings for Count I and Count VI are **STRICKEN**.

4. Defendants' motion to dismiss is **DENIED** with respect to Count II. However, Count II is **SUBSUMED BY** Count III.

5. Count VII, Count VIII, Count IX, Count X, Count XI, Count XII, Count XIII, Count XIV, and Count XV are **DISMISSED** with prejudice.

6. With respect to Defendant The Rawlings Company LLC, Count III is **DISMISSED** without prejudice.

7. Wolff's claim for extra-contractual bad faith damages and her jury demand are **DISMISSED**.

8. Plaintiff is given leave to file a second amended complaint consistent with this Order and accompanying Memorandum Opinion on or before April 16, 2020.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge