# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOANNE WOLFF, *individually and on behalf of a class of similarly situated individuals*,<br><br>Plaintiff,<br><br>v.<br><br>AETNA LIFE INSURANCE COMPANY and THE RAWLINGS COMPANY LLC,<br><br>Defendants. | No. 4:19-CV-01596<br><br>(Judge Brann) |

## ORDER

**AND NOW**, this 17th day of August 2020, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Plaintiff's Motion for Reconsideration (Doc. 42) is **DENIED**.

2. Defendants' Motion to Dismiss (Doc. 48) is **GRANTED**.

   a. Count I of Plaintiff's Second Amended Complaint (Doc. 44) is **DISMISSED** with prejudice as to Defendant The Rawlings Company LLC only.

   b. Counts IV through XII of Plaintiff's Second Amended Complaint are **DISMISSED** with prejudice.

- 2 -

3. Defendant Aetna Life Insurance Company shall file and serve an Answer to the remaining counts of the Second Amended Complaint pursuant to Fed. R. Civ. P. 12(a)(4)(A) on or before August 31, 2020.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge