# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOANNE WOLFF, | No. 4:19-CV-01596 |
| Plaintiff, | (Judge Brann) |
| v. | |
| AETNA LIFE INSURANCE CO., | |
| Defendant. | |

## ORDER

**AND NOW**, this 15th day of July 2021, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Plaintiff's motion to compel discovery (Doc. 80) is **GRANTED**. The motion is granted to the extent it seeks disclosure of plan participants residing outside of Pennsylvania.

2. Defendant shall produce these documents within twenty-one (21) days.

**IT IS FURTHER ORDERED** that:

1. Plaintiff shall conduct any discovery necessary for class certification and submit a new motion for class certification, <u>as well as a brief in support of the motion for class certification</u>, no later than August 30, 2021.

2. Defendant may submit a brief in opposition to class certification no later than September 13, 2021.

3. Plaintiff may submit a reply brief in further support of class certification no later than September 27, 2021.

4. All other deadlines are **CANCELLED** and will be rescheduled upon a ruling on class certification.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge