IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOANNE WOLFF, *individually and on behalf of a Class of Similarly Situated Individuals*, <br><br> Plaintiff, <br><br> v. <br><br> AETNA LIFE INSURANCE COMPANY, <br><br> Defendant. | No. 4:19-CV-01596 <br><br> (Chief Judge Brann) |

## ORDER

MAY 25, 2022

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Wolff's Motion for Class Certification (Doc. 107) is **GRANTED**;

2. This matter shall be maintained as a class action in accordance with Federal Rule of Civil Procedure 23 on behalf of the following class of plaintiffs:

> All persons who were injured and received long-term disability benefits from the defendants as a result of an injury causing event and as against whom defendant sought or recovered reimbursement of long-term disability benefits it had paid to insured from the insureds' tort recoveries and who suffered harm and damages which include, by way of exemplification and not in limitation, the loss of use of money, the loss of interest on money, the

    loss of possession of their funds, the loss of enjoyment of their funds, their losses in having to free their funds from defendants' encumbrances and payment of money from their tort recoveries to the defendant as a result of defendants' wrongful reimbursement demands and actions based on a violation of the policy.

3. The class claims consist of violations of the Employee Retirement Income Security Act of 1974, 29 U.S.C. § 1001, *et seq.*;

4. Plaintiff Joanne Wolff is certified as class representative;

5. Charles Kannebecker, Esquire of Weinstein Schneider Kannebecker & Lokuta is appointed to serve as class counsel;

6. Plaintiffs shall submit to the Court a proposed form of notice to the class by Monday, June 20, 2022;

7. Defendant shall produce to Plaintiff a class list with the last known address of each class member by June 27, 2022.

          BY THE COURT:

          *s/ Matthew W. Brann*
          Matthew W. Brann
          Chief United States District Judge