# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOANNE WOLFF, *individually and on behalf of a Class of Similarly Situated Individuals*, | No. 4:19-CV-01596 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| AETNA LIFE INSURANCE COMPANY, | |
| Defendant. | |

## ORDER

**NOVEMBER 22, 2022**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Aetna's Motion for Reconsideration (Doc. 133) is **GRANTED** in part and **DENIED** in part;

2. The Court grants the motion to the extent that the class definition will be modified as provided below, but denies the motion in all other respects;

3. The amended class shall be:

    All persons who, between August 8, 2013 and November 30, 2017, were members of a long-term disability benefits plan insured and administered by Defendant Aetna Life Insurance Company, were insured under a long-term

       disability policy that did not identify personal injury recoveries as "Other Income Benefits," were injured and received long-term disability benefits from Aetna Life Insurance Company as a result of an injury causing event, and as against whom Aetna Life Insurance Company sought or recovered reimbursement of such long-term disability benefits from funds received from the person's personal injury recovery.

4.    The parties shall submit to the Court a proposed form of notice to the class that incorporates the amended class definition by Tuesday, December 6, 2022.

                                                    BY THE COURT:

                                                    *s/ Matthew W. Brann*
                                                    Matthew W. Brann
                                                    Chief United States District Judge