# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOANNE WOLFF, *individually and on behalf of a Class of Similarly Situated Individuals*,<br><br>Plaintiff,<br><br>v.<br><br>AETNA LIFE INSURANCE COMPANY,<br><br>Defendant. | No. 4:19-CV-01596<br><br>(Chief Judge Brann) |

## ORDER

### MARCH 21, 2023

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that Aetna's Motion to Stay (Doc. 144) is **DENIED**.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge