IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOANNE WOLFF, *individually and on behalf of a Class of Similarly Situated Individuals*,<br><br>    Plaintiff,<br><br>    v.<br><br>AETNA LIFE INSURANCE COMPANY,<br><br>    Defendant. | No. 4:19-CV-01596<br><br>(Chief Judge Brann) |

## ORDER

### SEPTEMBER 10, 2024

In accordance with the discussion held with the parties during the September 9, 2024 telephonic status conference, **IT IS HEREBY ORDERED** that: the parties shall, on or before Friday, October 11, 2024, submit briefing to the Court offering their views on the scope of the class that was certified and whether it may properly be limited to the 57 persons identified previously by the Court and parties.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge